IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRAVONE LAMONT LANE,

    Petitioner,

v.                                         Civil Action No. 3:19CV129

COMMONWEALTH OF VIRGINIA,

    Respondent.

**MEMORANDUM OPINION**

Travone Lamont Lane, a Virginia inmate proceeding pro se, submitted a letter complaining about his conviction. By Memorandum Order entered on March 19, 2019, the Court provided Lane an opportunity to file a § 2254 petition and the Clerk mailed him the standardized form for filing such an action. The Court directed Lane to complete and return the standardized form for filing a § 2254 petition within twenty (20) days of the date of the entry of the March 19, 2019 Memorandum Order. More than twenty (20) days have elapsed and Lane has not completed and returned the standardized form or otherwise responded to the Court's Memorandum Order. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Lane.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Date: May 13, 2019
Richmond, Virginia